**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Joseph Lawrence Marchi, Jr |
| Debtor 2 (Spouse, if filing) | Louise Dixon Marchi |
| United States Bankruptcy Court for the: | Western District of Virginia (State) |
| Case number | 19-61759 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

**Court claim no.** (if known): 2-1

**Last four digits** of any number you use to identify the debtor's account: 3014

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | 8/15/2022  (Approved 10/12/2022) | (3) | $ 1050.00 |
| 4. Filing fees and court costs | 8/15/2022  (Approved 10/12/2022) | (4) | $ 188.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page 1

| Debtor 1 | Joseph Lawrence Marchi Jr | Case Number (if known) | 19-61759 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Todd Rich___          Date  12/15/2022
  Signature

| Print: | Todd Rich | Bar# VABN 74296 | Title | Attorney |
|---|---|---|---|---|
| | First name    Middle Name    Last name | | | |

Company   MCMICHAEL TAYLOR GRAY, LLC

Address   3550 Engineering Drive, Suite 260
          Number         Street

          Peachtree Corners, GA 30092
          City          State    Zip Code

Contact phone   404-474-7149        Email:  trich@mtglaw.com

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          Page 2

Case 19-61759    Doc 57    Filed 12/15/22    Entered 12/15/22 14:30:52    Desc Main
Document      Page 3 of 3


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Joseph Lawrence Marchi, Jr
18639 James Madison H
Troy, VA 22974-0000

Louise Dixon Marchi
18639 James Madison H
Troy, VA 22974

**Via CM/ECF electronic service:**
William Harville
327 W. Main St.#3
Charlottesville, VA 22903

Herbert L. Beskin
123 E Main Street, Suite 310
Charlottesville, VA 22902

Dated: December 15, 2022

 

Respectfully submitted,
By: /s/ Todd Rich
Todd Rich, VABN 74296
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: trich@mtglaw.com
MTG File No.: 21-001303-04